CR 02-05535 #00000001

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LENETTE KENDRICK,<br><br>　　　　　Defendant. | NO. CR02-5535JKA<br><br>INFORMATION |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE

**(Falsification of Annual Financial Report)**

At all times material to this Information, Rural Letter Carriers, Clallam-Jefferson Counties, was a labor organization in an industry affecting commerce within the meaning of Sections 402(i) and 402(j) of Title 29, United States Code.

On or about July 30, 1999, in Clallam and Jefferson Counties, within the Western District of Washington, the defendant did willfully make a false representation of a material fact knowing it to be false in a report required to be filed with the Secretary of Labor pursuant to Section 431 of Title 29, United States Code, that is, the annual financial report form LM4 for the period July 1, 1998, through June 30, 1999, for the Rural Letter Carriers, Clallam-Jefferson Counties.

//

//

INFORMATION/Lenette Kendrick 1

1  All in violation of Title 29, United States Code, Section 439(b).

2  DATED this 16th day of May, 2002.

_____
By JOHN McKAY
United States Attorney

_____
ROBERT WESTINGHOUSE
Assistant United States Attorney

_____
ANNETTE L. HAYES
Assistant United States Attorney

INFORMATION/Lenette Kendrick 2